USDC SCAN INDEX SHEET

















LLH    1/26/00    8:36
3:99-CV-01151   HANSON V. GEICO CORPORATION
*12*
*M.*

Kathryn A. Bernert, State Bar No. 127418
Julie A. Vogelzang, State Bar No. 174411
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3391
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Attorneys for Defendant
Government Employees Insurance Company

FILED

00 JAN 25 PM 4: 28

CLERK ... ... COURT
... ...

BY: ... DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAYNE HANSON, | ) Case No.: 991151 TW (RBB) |
| Plaintiff, | ) **DEFENDANT GOVERNMENT** |
| | ) **EMPLOYEES INSURANCE COMPANY'S** |
| v. | ) **NOTICE OF MOTION AND MOTION FOR** |
| | ) **SUMMARY JUDGMENT OR, IN THE** |
| GEICO CORPORATION; GEICO DIRECT; | ) **ALTERNATIVE, PARTIAL SUMMARY** |
| BERKSHIRE HATHAWAY CORP., and | ) **JUDGMENT** |
| DOES 1 through 25, inclusive, | ) |
| | ) Date:  February 22, 2000 |
| Defendants. | ) Time:  10:30 a.m. |
| | ) Ctrm:  7 |

PLEASE TAKE NOTICE that on February 22, 2000 at 10:30 a.m. or as soon thereafter as this matter may be heard in the above-referenced Court, defendant Government Employees Insurance Company ("GEICO") will move this Court for an order as set forth below:

1.    For summary judgment in favor of defendant and against plaintiff and for costs of suit incurred herein and such other relief as may be just; or

2.    Alternatively, if for any reason summary judgment cannot be granted, for partial summary judgment as to each count alleged and as to punitive damages.

The Motion is made on the grounds that there is no triable issue of material fact as to the summary judgment sought; or alternatively, that each separate count and the claim for punitive damages is without merit because: (1) the co-worker's comments did not amount to actionable sexual harassment; (2) GEICO exercised reasonable care to prevent and correct harassment; (3) there is no

991151 TW (RBB)

1 | causal link between plaintiff's participation in an internal investigation about purported harassment

2 | and her termination for inability to perform her job; and (4) GEICO did not make any false promises

3 | to plaintiff.

4 |      This motion will be based upon this Notice, the accompanying declarations of Kathryn A.

5 | Bernert, Loan Hoang, Queen Scales, Martha Furnas, William Zang, Danna Stewart-Friend, the

6 | accompanying Memorandum of Points and Authorities, the accompanying Notice of Lodgment, the

7 | Exhibits lodged herewith, upon such other and further evidence or argument as the Court may hear

8 | or receive, and upon the complete files and records of this action.

9 |

10 |                        Respectfully submitted,

11 | Dated: January 2⁴ 2000         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

12 |

13 |                        By:  _KABernert_

14 |                           Kathryn A. Bernert
                          Julie A. Vogelzang
                          Attorneys for Defendant Government

15 |                           Employees Insurance Company

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1 | Kathryn A. Bernert, State Bar No. 127418
Julie A. Vogelzang, State Bar No. 174411
2 | Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
3 | San Diego, California 92101-3391
Telephone: (619) 236-1414
4 | Facsimile: (619) 232-8311

5 | Attorneys for Defendant
Government Employees Insurance Company
6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ALAYNE HANSON,                          ) Case No.: 99CV1151 TW (RBB)
                                           )
12 |            Plaintiff,                   ) **PROOF OF SERVICE**
                                           )
13 |      v.                                )
                                           )
14 | GEICO CORPORATION; GEICO DIRECT;        )
BERKSHIRE HATHAWAY CORP., and              )
15 | DOES 1 through 25, inclusive,           )
                                           )
16 |            Defendants.                  )
_____ )

17

18 | I, _____, declare as follows:

19 |      I am employed with the CAL-EXPRESS, whose address is 600 West Broadway, Suite 2600,

20 | San Diego, California 92101-3391. I am over the age of eighteen and I am not a party to this action.

21 |      On January 25, 2000, at _____ a.m./p.m., I served the following:

22 | 1.   **DEFENDANT GOVERNMENT EMPLOYEE'S INSURANCE COMPANY'S NOTICE**

23 |      **OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE**

24 |      **ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;**

25 | 2.   **DEFENDANT GOVERNMENT EMPLOYEE'S INSURANCE COMPANY'S POINTS**

26 |      **AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR,**

27 |      **IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;**

28 | ///

3.  DECLARATION OF MARTHA FURNAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

4.  DECLARATION OF QUEEN SCALES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

5.  DECLARATION OF DANNA STEWART-FRIEND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

6.  DECLARATION OF LOAN HOANG IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

7.  DECLARATION OF WILLIAM ZANG IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

8.  DECLARATION OF KATHRYN A. BERNERT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

9.  NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

10. DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY'S APPENDIX OF CALIFORNIA AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

by delivering a true copy thereof to the following:

Michael W. Loker, Esq.
Law Offices of Michael W. Loker
750 B Street
Suite 1800
San Diego, CA  92101

/ / /

2

1        I declare under the penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct.

3        Executed at San Diego, California on January 25, 2000.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1475831.1

3