USDC SCAN INDEX SHEET










```
LLH    1/26/00    9:29
3:99-CV-01151   HANSON V. GEICO CORPORATION
*19*
*DECL.*
```

Kathryn A. Bernert, State Bar No. 127418
Julie A. Vogelzang, State Bar No. 174411
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3391
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Attorneys for Defendant
Government Employees Insurance Company



UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAYNE HANSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEICO CORPORATION; GEICO DIRECT; BERKSHIRE HATHAWAY CORP., and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 991151 TW (RBB)<br><br>**DECLARATION OF KATHRYN A. BERNERT IN SUPPORT OF DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　February 22, 2000<br>Time:　10:30 a.m.<br>Ctrm:　7 |

I, Kathryn A. Bernert, declare:

1.　I am an attorney at law duly licensed to practice before this Court and I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, attorneys of record for defendant. I have personal, first-hand knowledge of the facts set forth herein. If called as a witness to testify as to the matters stated herein, I could and would testify competently thereto.

2.　Attached to the Notice of Lodgment filed herewith as Exhibit "1" are true and correct copies of excerpts from the transcript of the deposition of Alayne Hanson, taken on July 1, 1999 and July 6, 1999.

3.　Attached to the Notice of Lodgment filed herewith as Exhibit "2" are true and correct copies of excerpts from the transcript of the deposition of Martha Furnas, taken on July 12, 1999.

991151 TW (RBB)

4. Attached to the Notice of Lodgment filed herewith as Exhibit "3" are true and correct copies of excerpts from the transcript of the deposition of Jennifer Adair, taken on July 22, 1999.

5. Attached to the Notice of Lodgment filed herewith as Exhibit "4" are true and correct copies of excerpts from the transcript of the deposition of Queen Scales, taken on July 16, 1999.

6. Attached to the Notice of Lodgment filed herewith as Exhibit "5" are true and correct copies of excerpts from the transcript of the deposition of Lynn Bartlett, taken on July 8, 1999.

7. Attached to the Notice of Lodgment filed herewith as Exhibit "6" are true and correct copies of mentoring notes related to Alayne Hanson's performance during April 1998.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 24th day of January 2000, at San Diego, California.

_____
Kathryn A. Bernert